FILED

2006 AUG 18 PM 3: 53

U.S. COURT
MIDDLE DIST. OF FLORIDA
ORLANDO FLORIDA

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

v.                                             Case No. **6:02-cr-50-Orl-28DAB**

**SEPTEMBER REE HIGGINS**

---

## ORDER ON REVOCATION OF SUPERVISED RELEASE
## AND ORDER OF COMMITMENT

This cause came before the Court on a Superceding Petition for Warrant or Summons for Offender Under Supervision filed June 14, 2006 (Doc. No. 152), initiated by the U.S. Probation Officer of this court as a result of the Probation Officer's belief that the defendant violated the conditions of his supervision. A final hearing on violation of supervised release was held by Magistrate Judge David A. Baker on July 10, 2006 and subsequently, a Report and Recommendation (Doc. No. 160) was entered by Magistrate Judge David A. Baker on July 10, 2006.

The defendant appeared before this Court on August 18, 2006, with counsel, Donald R. West and the Assistant United States Attorney. After review of the file and hearing arguments of the parties through their counsel and hearing the defendant, this Court adopts the Report and Recommendation (Doc. No. 160) and finds that the defendant has violated the conditions of supervised release.

It is **ORDERED AND ADJUDGED** that the defendant's supervised release term is hereby **REVOKED** and the defendant is committed to the custody of the Bureau of Prisons for a period of **3 Months**.

The defendant is hereby **REMANDED** to the custody of the United States Marshal for service of sentence at the institution designated by the Bureau of Prisons.

The Judgment at Document No. 88 remains unaltered and in effect except as amended herewith.

It is **FURTHER ORDERED** that upon release from imprisonment, SEPTEMBER REE HIGGINS is released from further supervision by this Court.

**DONE** and **ORDERED** at Orlando, Florida this __18__ day of August, 2006.

                                                  JOHN ANTOON II
                                                  United States District Judge

Copies to:

United States Attorney
United States Marshal
United States Probation Office
United States Pretrial Services
Counsel for Defendant
September Ree Higgins